IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Riddle-Henry, Sebrenia

Printed: 4/15/08

Case Number: 06 B 02854
Judge: Hollis, Pamela S
Filed: 3/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 3, 2008
Confirmed: June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,051.00 |  |
| Secured: |  | 8,502.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,982.27 |
| Trustee Fee: |  | 565.97 |
| Other Funds: |  | 0.00 |
| Totals: | 11,051.00 | 11,051.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,200.00 | 1,982.27 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,000.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 17,539.51 | 8,502.76 |
| 6. | Saxon Mortgage Services Inc | Secured | 21,779.17 | 0.00 |
| 7. | Specialized Loan Servicing LLC | Secured | 4,312.76 | 0.00 |
| 8. | Midwest Verizon Wireless | Unsecured | 51.80 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 859.76 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 61.16 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 117.18 | 0.00 |
| 12. | Cook County Collector | Priority |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,921.34 | $ 10,485.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 99.28 |
| 4.8% | 182.65 |
| 5.4% | 284.04 |
|  | $ 565.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Riddle-Henry, Sebrenia

Printed:  4/15/08

Case Number:  06 B 02854
Judge:  Hollis, Pamela S
Filed:  3/21/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

